# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TYSON HOLLIS

NO. 2022 KW 0018

APRIL 8, 2022

---

In Re:     Tyson Hollis, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 09-98-0418.

---

**BEFORE:     McCLENDON, WELCH, AND PENZATO, JJ.**

   **WRIT DENIED.**

                          PMc
                          JEW
                          AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT